UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA PENAFLOR,<br><br>              Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendants. | Case No.  1:16-cv-00768-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 12) |

On February 17, 2017, the parties filed a stipulation dismissing this action with prejudice. (ECF No. 12.) All parties have agreed to the stipulation. In light of the stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:  **February 23, 2017**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

1